# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>White, Jeffrey S. | **2. Court or Organization**<br><br>U.S. District, Northern Calif | **3. Date of Report**<br><br>05/02/2014 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. District Court Judge - Active | **5a. Report Type (check appropriate type)**<br> ☐ Nomination   Date<br> ☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐  Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court, Northern District of Calif.
1301 Clay Street
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **White, Jeffrey S.** | 05/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan - Dec | Orrick Herrington Defined Benefit Plan | $23,400.00 |
| 2. Jan- Dec | UC Hastings College of Law - Teaching | $6,222.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ISHARES MSCI Eafe Index Fund | A | Dividend | K | T | | | | | |
| 2. GMAC 0% Bond | | None | K | T | | | | | |
| 3. ISHARES DJ US Basic Materials | A | Dividend | K | T | | | | | |
| 4. ISHARES US Consumer Noncyclic | B | Dividend | L | T | | | | | |
| 5. ISHARES US Consumer Cyclic | A | Dividend | L | T | | | | | |
| 6. ISHARES DJ US Energy Sector | B | Dividend | M | T | | | | | |
| 7. ISHARES DJ US Financial Sector | A | Dividend | L | T | | | | | |
| 8. ISHARES DJ US Healthcare Sector | B | Dividend | M | T | | | | | |
| 9. ISHARES DJ US Telecommunications | B | Dividend | L | T | | | | | |
| 10. ISHARES DJ US Utilities Sector | B | Dividend | K | T | | | | | |
| 11. Consumer Discrectionary Sector SPDR | B | Dividend | L | T | | | | | |
| 12. Consumer Staples Select Sector SPDR Trust | C | Dividend | M | T | | | | | |
| 13. Financial Select Sector SPDR | A | Dividend | L | T | | | | | |
| 14. Health Care Select Sector SPDR | B | Dividend | M | T | | | | | |
| 15. Industrial Select Sector SPDR | B | Dividend | M | T | | | | | |
| 16. Legg Mason Clearbridge Diversified Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 17. Oppenheimer Intl Diverisfied Fund Class A | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Main Street Oppo. Fund Class A | A | Dividend | K | T | | | | | |
| 19. Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | K | T | | | | | |
| 20. Oppenheimer Equity Fund Class A | A | Dividend | K | T | | | | | |
| 21. SPDR Homebuilders ETF | A | Dividend | K | T | | | | | |
| 22. iShares Dow Jones U.S. Real Estate Index | A | Dividend | K | T | | | | | |
| 23. Ally Bank CDs | A | Interest | J | T | | | | | |
| 24. Guggenheim BRIC ETF | A | Dividend | K | T | | | | | |
| 25. California St CA GO 5% | B | Interest | K | T | | | | | |
| 26. Provident Credit Union | A | Interest | J | T | | | | | |
| 27. Orrick Investments 2000 LLC | B | Int./Div. | J | U | | | | | |
| 28. Pollock Montgomery Washington Tower Investors II Partnership | A | Int./Div. | K | U | | | | | |
| 29. Lincoln Financial Annuity - Lincoln VIP Moderate Profile | | None | M | T | | | | | |
| 30. Lincoln Financial Annuity - Lincoln Choice Plus | | None | N | T | | | | | |
| 31. Pollock 2007-2008 Independent Investors, LLC | A | Int./Div. | J | U | | | | | |
| 32. Pollock 2006 Properties Preference Return, LLC | D | Distribution | M | U | | | | | |
| 33. Schwab US Treasury Fund Sweep | A | Interest | K | T | | | | | |
| 34. California St CA GO 2% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pebblebrook Hotel 8% Preferred | A | Interest | J | T | | | | | |
| 36. JPMorgan 7.9% Preferred | A | Interest | J | T | Buy | 01/29/13 | J | | |
| 37. NuStar Logistics 7.625% Preferred Notes | A | Interest | J | T | Buy | 01/14/13 | J | | |
| 38. Summit Hotel 9.25% Perp | A | Interest | J | T | Buy | 01/24/13 | J | | |
| 39. Zions BanCorp 6.3% Perp | A | Interest | J | T | Buy | 02/05/13 | J | | |
| 40. | | | | | | | | | |
| 41. Citigroup IRA # 1 | D | Int./Div. | M | T | | | | | |
| 42. -MFS Total Return Fund A | | | | | | | | | |
| 43. -Citibank NA South Dakota Bank Deposit Program | | | | | Closed | 07/1/13 | J | | |
| 44. -Legg Mason ClearBridge Fdmtl All CP Value Fund Cl A | | | | | | | | | |
| 45. - Alcoa Inc 6% Bond | | | | | Redeemed | 06/28/13 | J | | |
| 46. -Entergy New Orleans Inc 5.25% Bond | | | | | Matured | 08/01/13 | J | | |
| 47. - Dow Chemical Co 6.85% Debs | | | | | Matured | 08/15/13 | J | | |
| 48. -Airgas Inc 2.85% Bond | | | | | Matured | 10/1/13 | J | | |
| 49. -Amerian Express Credit Corp 3% Bond | | | | | Matured | 12/15/13 | J | | |
| 50. -Hartford Finl Services Group 4.75% Bond | | | | | | | | | |
| 51. -Morgan Stanley Global Sub 4.75% Notes | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Bank of America 5.375% Notes | | | | | | | | | |
| 53. -Fortune Brands Inc 6.375% Bond | | | | | Redeemed | 07/05/13 | J | | |
| 54. -Genworth Financial 5.75% Bond | | | | | | | | | |
| 55. -Southwest Airlines Co 5.25% Notes | | | | | | | | | |
| 56. -Sunoco Inc 4.875% Bonds | | | | | | | | | |
| 57. -General Elec Cap Corp Medium Term 2.95% Bond | | | | | | | | | |
| 58. -Wells Fargo & Co New Medium Term 2.1% Bond | | | | | | | | | |
| 59. -Citibank Bank Deposit Program | | | | | Open | 11/30/13 | J | | |
| 60. -Goldman Sachs Group Inc Medium Term NTS 3.7% | | | | | Buy | 07/5/13 | K | | |
| 61. -First TR Exchange Traded FD Dow Jones | | | | | Buy | 08/16/13 | J | | |
| 62. -Ishares TR Russell Mid-Cap ETF | | | | | Buy | 12/16/13 | J | | |
| 63. -Ishares TR NASDAQ Biotechology ETF | | | | | Buy | 10/01/13 | J | | |
| 64. -Select Sector SPDR TR Financial | | | | | Buy | 08/05/13 | J | | |
| 65. -Vanguard World FDS Vanguard Consumer | | | | | Buy | 07/11/13 | J | | |
| 66. | | | | | | | | | |
| 67. Citigroup IRA # 2 | A | Int./Div. | K | T | | | | | |
| 68. -MFS Total Return Fund A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Citibank NA South Dakota Bank Deposit Program | | | | | Closed | 01/15/13 | J | | |
| 70. -Legg Mason ClearBridge Fdmtl AL CP Value Fund Cl A | | | | | | | | | |
| 71. -Bank Of America Corp 4.875% Bonds | | | | | Redeemed | 01/15/13 | J | | |
| 72. -Citibank Bank Deposit Program | | | | | Open | 01/15/13 | J | | |
| 73. Charles Schwab - IRA Rollover | F | Int./Div. | P1 | T | | | | | |
| 74. -Financial Select Sector SPDR | | | | | | | | | |
| 75. -India Fund, Inc | | | | | Sold | 09/18/13 | J | | |
| 76. -Industrial Select Sect SPDR | | | | | | | | | |
| 77. -ISHARES FTSE/Xinua China 25 | | | | | | | | | |
| 78. -ISHARES - MSCI Australia Index | | | | | | | | | |
| 79. -ISHARES - MSCI Canada Index | | | | | | | | | |
| 80. -ISHARES - MSCI EAFE Index Fund | | | | | | | | | |
| 81. -ISHARES - MSCI Emerging Markets Index | | | | | | | | | |
| 82. -ISHARES - MSCI Malaysia Index | | | | | | | | | |
| 83. -ISHARES - S&P Europe 350 Index | | | | | Buy (add'l) | 09/18/13 | J | | |
| 84. -ISHARES - S&P Latin America 400 Index | | | | | | | | | |
| 85. -ISHARES - Global Industrials | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -General Electric Captial Corp 4.8% Bond | | | | | Matured | 05/01/13 | L | | |
| 87. -PepsiCo Inc 4.65% Bond | | | | | Matured | 02/15/13 | K | | |
| 88. -Du Pont de Nemours 5.00% | | | | | Matured | 07/15/13 | L | | |
| 89. -California St CA GO- Taxable 4.85% | | | | | | | | | |
| 90. -Caterpillar - Fiancial Services Corp 6.2% | | | | | Matured | 09/30/13 | K | | |
| 91. -Dell Inc 5.625% | | | | | Sold | 11/29/13 | J | A | |
| 92. -Hewlett Packard - Electronic Data System 6% | | | | | Matured | 08/01/13 | L | | |
| 93. -IBM Corp 6.5% | | | | | Matured | 10/15/13 | L | | |
| 94. -Wyeth (Pfizer) 5.5% | | | | | Sold | 12/16/13 | M | A | |
| 95. -iShares MSCI Turkey Index | | | | | | | | | |
| 96. -Berkshire Hathaway Bond 4.5% | | | | | Matured | 01/15/13 | K | | |
| 97. -California St CA GO- Taxable 3.95% | | | | | | | | | |
| 98. -California St CA GO- Taxable 6.2% | | | | | | | | | |
| 99. -Hershey Company 5% Bond | | | | | Matured | 04/01/13 | K | | |
| 100. -California St CA GO-Taxable 5.2% | | | | | | | | | |
| 101. -Chesapeake Energy Corp 7.375% | | | | | Matured | 07/15/13 | K | | |
| 102. -Energy Select Sector SPDR | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Ford Motor Credit Notes | | | | | | | | | |
| 104. -Metlife Inc 5% Bond | | | | | | | | | |
| 105. -Petrobras Int Fin Co 3.875% Bond | | | | | | | | | |
| 106. -Pitney Bowes Inc 5% Bond | | | | | | | | | |
| 107. -Royal Caribbean Cruises 7% Bond | | | | | Matured | 06/15/13 | K | | |
| 108. -Schwab US Treasury Fund Sweep | | | | | | | | | |
| 109. -Aegon NV 4.625% Bond | | | | | | | | | |
| 110. -American Intl Group 5.05% Bond | | | | | | | | | |
| 111. -ArcelorMittal 4.25% Bond | | | | | | | | | |
| 112. -Avon Products Inc 5.625% Bond | | | | | Sold | 04/15/13 | K | A | |
| 113. -Best Buy Co 3.75% Bond | | | | | | | | | |
| 114. -Capital One Bank 7.375% Bond | | | | | | | | | |
| 115. -Computer Sciences Corp 6.5% Bond | | | | | | | | | |
| 116. -Deutsche Bank 8.05% Preferred Stock | | | | | | | | | |
| 117. -Hanes Brand Inc 8% | | | | | Sold (part) | 12/16/13 | J | | |
| 118. -Hewlett Packard 3% Bond | | | | | | | | | |
| 119. -Limited Brands Inc 5.25% Bond | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Limited Brands Inc 6.9% Bond | | | | | | | | | |
| 121. -Manulife Financial Corp 3.4% Bond | | | | | | | | | |
| 122. -Morgan Stanley 2.875% Bond | | | | | | | | | |
| 123. -Morgan Stanley 4% Bond | | | | | | | | | |
| 124. -Parmaceutical HOLDRs Trust Common Stock | | | | | | | | | |
| 125. -Prudential Financial Inc 6.2% Bond | | | | | | | | | |
| 126. -R.R. Donnelley 5.5% Bond | | | | | | | | | |
| 127. -Southwest Airlines Co 5.25% Bond | | | | | | | | | |
| 128. -Xerox Corporation 4.25% Bond | | | | | | | | | |
| 129. -Zions Bancorp 4.5% Bond | | | | | | | | | |
| 130. -Zions Cap Trust 9.5% | | | | | Buy | 03/05/13 | J | | |
| 131. | | | | | Redeemed | 09/15/13 | J | | |
| 132. -Calif State CA Go 5.95% | | | | | Buy | 02/01/13 | K | | |
| 133. -Citigroup 7.125% Preferred | | | | | Buy | 09/13/13 | K | | |
| 134. -Hewlett-Packard Co 2.65% Bond | | | | | Buy | 01/18/13 | L | | |
| 135. -EcoStar Dish Corp 7.75% Bond | | | | | Buy | 05/21/13 | K | | |
| 136. -Macso Corp 4.8% Bond | | | | | Buy | 06/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Southwest Airlines Co 5.75% Bond | | | | | Buy | 06/07/13 | K | | |
| 138. -Vodafone Group Plc 2.875% Bond | | | | | Buy | 02/19/13 | K | | |
| 139. -Merrill Lynch & Co (BAC) 6.05% Bond | | | | | Buy | 07/25/13 | K | | |
| 140. -Whirpool Corp 7.75% Bond | | | | | Buy | 07/01/13 | K | | |
| 141. -Bank of America Corp 5.42% Bond | | | | | Buy | 02/04/13 | K | | |
| 142. -Time Warner Inc 5.85% Bond | | | | | Buy | 07/19/13 | K | | |
| 143. -JP Morgan Chase & Co 2% Bond | | | | | Buy | 09/27/13 | K | | |
| 144. -Tesoro Corp 4.25% Bond | | | | | Buy | 01/09/13 | L | | |
| 145. -Cleveland Electric 7.880% Bond | | | | | Buy | 12/23/13 | K | | |
| 146. -Newell Rubbermaid Inc 2.050% Bond | | | | | Buy | 12/23/13 | L | | |
| 147. -Nasdaq Omx Group 5.25% Bond | | | | | Buy | 09/30/13 | K | | |
| 148. -AT & T Inc 5.5% Bond | | | | | Buy | 12/23/13 | K | | |
| 149. -Ford Motor Credit 5% Bond | | | | | Buy | 12/23/13 | L | | |
| 150. -Owens-Illnois Inc 7.8% Bond | | | | | Buy | 10/15/13 | K | | |
| 151. -Bank of America Corp 5.49% Bond | | | | | Buy | 09/30/13 | K | | |
| 152. | | | | | | | | | |
| 153. Schwab IRA Account | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Guggenheim BRIC ETF | | | | | Sold (part) | 03/04/13 | J | | |
| 155. -Powershares QQQ Nasdaq 100 | | | | | | | | | |
| 156. -iShares S&P 500/Barr Browth | | | | | | | | | |
| 157. -iShares S&P Global 100 | | | | | | | | | |
| 158. -Schwab US Treasury Fund - Sweep | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| White, Jeffrey S. | 05/02/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey S. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544